IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALE VISTA ASSOCIATES, L.P., )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>THE CINCINNATI CASUALTY )<br>COMPANY, )<br>)<br>   Defendant. )<br>)<br>)<br>) | Civil Action No. 18-1064<br>Judge Marilyn J. Horan<br>Magistrate Judge Patricia l. Dodge |

## JUDGMENT ORDER

AND NOW, this 3rd day of March, 2020, it is hereby ORDERED that Judgment as a matter of law is entered in favor of The Cincinnati Casualty Company and against Vale Vista.

The Clerk is to mark this case CLOSED.

By the Court:

Marilyn J. Horan
United States District Judge